■ In the Matter of ANNA S., Respondent, v PEDRO R., Appellant. [930 NYS2d 170]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Carni, Green and Martoche, JJ.